# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERNESTO ACAJABON, an individual;<br>EMMA ACAJABON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.: 2:20-cv-00670-AB-FFM**<br><br>(Removed from Los Angeles County Superior Court Case No. 19STCV45656)<br><br>**[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs ERNESTO ACAJABON and EMMA ACAJABON and defendant FORD MOTOR COMPANY, by and through their respective attorneys of record, stipulate that the entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further stipulate that each side shall be responsible for and bear its own costs, expenses and attorney's fees.

THEREFORE, IT IS ORDERED that the entire action is dismissed with prejudice.

Dated: April 7, 2020         By: _____
                              HON. ANDRE BIROTTE JR.
                              UNITED STATES DISTRICT JUDGE

22311133v2                          1